# UNITED STATES DISTRICT COURT

## DISTRICT OF MONTANA

## MISSOULA DIVISION

| | | |
|---|---|---|
| GERALD HEFFNER, | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 10-4-M-DWM-JCL |
| | ) | |
| | ) | |
| COLLECTION BUREAU SERVICES, Inc, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED
Plaintiff's Complaint is DISMISSED.

Dated this 3rd day of March, 2010.

PATRICK E. DUFFY, CLERK

By: /s/ A.S. Goodwin
Deputy Clerk